NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Joseph R. Re (SBN 134,479); joseph.re@kmob.com
Benjamin A. Katzenellenbogen (SBN 208,527);
bkatzenellenbogen@kmob.com
Dennis M. Cahillane (SBN 270,092);
dennis.cahillane@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th FL, Irvine, CA 92614
T: (949) 760-0404; F: (949) 760-9502
ATTORNEYS FOR: Plaintiff, PILATES TECHNOLOGIES, LLC

FILED
2010 AUG 26 PM 3: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual; and, ROBSON SPLANE, an individual,<br><br>Defendant(s). | CASE NUMBER:<br>**10-cv-6401 JHN(PJWx)**<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff, PILATES TECHNOLOGIES, LLC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Pilates Technologies, LLC | Plaintiff |
| Ira Smolens | President/Managing Partner |
| Mark Presser | Partner |
| Harry Zimmerman | Partner |
| Presser International, LLC | Part Owner of Pilates Technologies, LLC |
| The Backend Company of America, Inc. | Part Owner of Pilates Technologies, LLC |
| Infomerical Management Corporation, LLC | Part Owner of Pilates Technologies, LLC |
| Joel Wire, LLC | Part Owner of Pilates Technologies, LLC |

_8-26-10_
Date

_[signature]_
Sign

Attorneys for Plaintiff, PILATES TECHNOLOGIES, LLC
Attorney of record for or party appearing in pro per