1  LATHAM & WATKINS LLP
Mark A. Flagel (Bar No. 110635)
2  Charles Courtenay (Bar No. 232139)
3  Jessica Kronstadt (Bar No. 267959)
355 South Grand Avenue
4  Los Angeles, California 90071-1560
Telephone: (213) 485-1234
5  Facsimile: (213) 891-8763
Email: mark.flagel@lw.com; charles.courtenay@lw.com;
6  jessica.kronstadt@lw.com

7  Attorneys for Defendants GUTHY-RENKER (incorrectly named
as GUTHY-RENKER CORPORATION) and ROBSON
8  SPLANE

9

10
UNITED STATES DISTRICT COURT
11
CENTRAL DISTRICT OF CALIFORNIA
12
WESTERN DIVISION
13

| | |
|---|---|
| 14  PILATES TECHNOLOGIES, LLC, a Delaware Corporation;, | CASE NO. 10-CV-6401 JHN (PJWx) |
| 15             Plaintiff, | Assigned to: Hon. Jacqueline H. Nguyen |
| 16        vs. | **JOINT STIPULATION TO EXTEND TIME FOR GUTHY-RENKER AND ROBSON SPLANE TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 17  GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual, and ROBSON SPLANE, an individual; | |
| 18 | |
| 19             Defendants. | Complaint Filed: August 26, 2010 |
| 20 | Complaint Served: September 3, 2010 upon Guthy-Renker; and, September 4, 2010 upon Robson Splane |
| 21 | |
| 22 | Response Dates: September 24, 2010; and, September 27, 2010 (respectively) |
| 23 | New Response Date: October 8, 2010 |

24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2143013.8

RULE 8-3 JOINT STIPULATION REGARDING
RESPONSE TO INITIAL COMPLAINT

1   **PURSUANT TO LOCAL RULE 8-3**, Plaintiff Pilates Technologies, LLC
2   ("Plaintiff") and Defendants Guthy-Renker and Robson Splane make this joint
3   stipulation, through their respective counsel, extending time for responding to the
4   Complaint.
5       WHEREAS, Plaintiff filed its Complaint in this action on or about August
6   26, 2010 and served the Summons on Guthy-Renker (who Guthy-Renker asserts
7   was incorrectly named in the Complaint as Guthy-Renker Corporation)[1] on or
8   about September 3, 2010 and on Robson Splane on or about September 4, 2010;
9       WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1), Defendants Guthy-Renker
10  and Robson Splane's responses to the Complaint would have been due on or about
11  September 24, 2010 and September 27, 2010 respectively; and
12      WHEREAS, the parties have agreed to extend Defendants Guthy-Renker
13  and Robson Splane's time for responding to the Complaint until October 8, 2010.

17  /    /    /    /    /    /

22  /    /    /    /    /    /

---

[1]   By agreeing to and joining in the filing of this stipulation, Guthy-Renker LLC, who asserts it is the correct Guthy-Renker entity that should have been named in the Complaint, makes no concession that it has been validly named as a party, and it reserves all rights and arguments in relation thereto.

NOW THEREFORE, the parties hereby stipulate that Defendants Guthy-Renker and Robson Splane shall have until October 8, 2010 to answer or otherwise respond to the Complaint.

Dated: September 24, 2010         Respectfully Submitted,

| //s// Benjamin A. Katzenellenbogen | //s// Mark. A. Flagel |
|---|---|
| (with permission by Mark A. Flagel) | |
| | |
| Joseph R. Re (Bar No. 134479) | Mark A. Flagel (Bar No. 110635) |
| Benjamin A. Katzenellenbogen (Bar No. 208527) | Charles Courtenay (Bar No. 232139) |
| | Jessica Kronstadt (Bar No. 267959) |
| Dennis M. Cahillane (Bar No. 270092) | LATHAM & WATKINS LLP |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | 355 South Grand Avenue |
| | Los Angeles, California  90071-1560 |
| 2040 Main Street, 14th Floor | Telephone:  (213) 485-1234 |
| Irvine, California 92614 | Facsimile:  (213) 891-8763 |
| Telephone:  (949) 760-0404 | Email:  mark.flagel@lw.com; |
| Facsimile:  (949) 760-9502 | charles.courtenay@lw.com; |
| Email:  joseph.re@kmob.com; bkatzenellenbogen@kmob.com; dennis.cahillane@kmob.com | jessica.kronstadt@lw.com |
| **Attorneys for Plaintiff Pilates Technologies, LLC** | **Attorneys for Defendants Guthy-Renker (incorrectly named as Guthy-Renker Corporation) and Robson Splane** |