LATHAM & WATKINS LLP
  Mark A. Flagel (SBN 110635)
  mark.flagel@lw.com
  Charles Courtenay (SBN 232139)
  charles.courtenay@lw.com
  Jessica Kronstadt (SBN 267959)
  jessica.kronstadt@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorneys for Moving Defendants
GUTHY-RENKER LLC (incorrectly named as GUTHY-RENKER CORPORATION) and ROBSON SPLANE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware Corporation;, <br><br>             Plaintiff, <br>   vs. <br><br> GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual, and ROBSON SPLANE, an individual; <br><br>             Defendants. | CASE NO. 10-CV-6401 JHN (PJWx) <br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S MOTION TO DISMISS PLAINTIFF PILATES TECHNOLOGIES LLC's COMPLAINT, WITH PREJUDICE AND WITHOUT LEAVE TO AMEND** <br><br>*NOTICE OF MOTION AND MOTION AND REQUEST FOR JUDICIAL NOTICE FILED CONCURRENTLY HEREWITH* <br><br> Date:  November 1, 2010 <br> Time:  2:00 p.m. <br> Judge: The Hon. Jacqueline H. Nguyen <br>         Courtroom 790, Roybal Building Los Angeles, CA 90012 |

UPON Defendants Guthy-Renker LLC (erroneously named as "Guthy-Renker Corporation") and Robson Splane's Motion to Dismiss Plaintiff Pilates Technologies LLC's Complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having considered the papers submitted and the oral arguments of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the Second through Sixth Causes of Action alleged in the Complaint are dismissed *with prejudice*, as each of those claims is either not assignable to the named plaintiff as a matter of law, is preempted by the California Uniform Trade Secrets Act as a matter of law, or both, and all of these claims are barred by the applicable statutes of limitations;[1]

IT IS FURTHER ORDERED THAT the First Cause of Action alleged in the Complaint is dismissed *with prejudice*, as barred by the applicable statute of limitations.[2]

For the foregoing reasons, Defendants Guthy-Renker LLC and Robson Splane's Motion to Dismiss Plaintiff's Complaint is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: _____          _____
                                      Hon. Jacqueline H. Nguyen
                                      United States District Judge

---

[1] Each of these claims also suffers from a failure to meet the pleading requirements set forth in, for example, *Ashcroft v. Iqbal*, ---U.S.---, 129 S.Ct. 1937 (2009), as well as a failure to include facts sufficient to establish the purported assignment of claims to the named plaintiff in the first instance.

[2] This claim also suffers (like the others) from a failure sufficiently to plead the purported assignment to the named plaintiff, and from a failure to plead facts sufficient to establish a claim for contribution as an "inventor," under the pleading requirements set forth in *Ashcroft v. Iqbal*, ---U.S.---, 129 S.Ct. 1937 (2009).

Case 2:10-cv-06401-JHN -PJW   Document 7-1   Filed 10/04/10   Page 3 of 4   Page ID #:72

1  Submitted by:

2  LATHAM & WATKINS LLP
   Mark A. Flagel
3  Charles Courtenay
   Jessica Kronstadt
4

5  By /s// Mark A. Flagel _____

6      Mark A. Flagel
   Attorneys for Defendants
7  Guthy-Renker LLC and Robson Splane

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2   [PROPOSED] ORDER GRANTING DEFENDANTS
GUTHY-RENKER AND ROBSON SPLANE'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **October 4, 2010**, I served the following document described as:

**[PROPOSED] ORDER GRANTING
DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S MOTION
TO DISMISS PLAINTIFF PILATES TECHNOLOGIES LLC's COMPLAINT, WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Joseph R. Re
Benjamin A. Katzenellenbogen, Jr.
Dennis M. Cahillane
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, California 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 4, 2010**, at Los Angeles, California.

_____
Valerie Paredes

LA\2146165.1