

PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "GUTHY-RENKER CORPORATION" TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "GUTHY-RENKER CORPORATION" TO "GUTHY-RENKER LLC", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF APRIL, A.D. 2008, AT 6:37 O'CLOCK P.M.

2358986  8100V

080465315

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6544905

DATE: 04-24-08

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:37 PM 04/23/2008
FILED 06:37 PM 04/23/2008
SRV 080465315 - 2358986 FILE

CERTIFICATE OF CONVERSION

converting

**GUTHY-RENKER CORPORATION**
(a Delaware corporation)

to

**GUTHY-RENKER LLC**
(a Delaware limited liability company)

(Pursuant to Section 266 of the General Corporation Law of the State of Delaware
and Section 18-214 of the Delaware Limited Liability Company Act)

The undersigned, acknowledging himself to be the Executive Vice President, Financial Operations of Guthy-Renker Corporation, a Delaware corporation, and being authorized to execute and file this Certificate of Conversion on behalf of Guthy-Renker Corporation, hereby certifies that:

1. The name of the corporation immediately prior to the filing of this Certificate is Guthy-Renker Corporation (the "Corporation").

2. The Corporation was incorporated in the State of Delaware pursuant to an original Certificate of Incorporation filed with the Secretary of State of the State of Delaware on November 10, 1993, and as restated on November 23, 1999.

3. The original name of the Corporation as set forth in the Certificate of Incorporation is Guthy-Renker Corporation.

4. The Corporation is hereby converted to a limited liability company under the laws of the State of Delaware. The name of the limited liability company as set forth in its Certificate of Formation is Guthy-Renker LLC.

5. The conversion has been approved by the Board of Directors and shareholders of the Corporation in accordance with Section 266 of the General Corporation Law of the State of Delaware.

6. The conversion shall become effective in accordance with the laws of the State of Delaware as of the filing of this Certificate of Conversion and the Certificate of Formation with the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, I hereunto set my hand this 23rd day of April, 2008.

GUTHY-RENKER CORPORATION

By: _____ (SEAL)
Name: Kevin Knee
Title: Executive Vice President, Financial Operations

::ODMA\PCDOCS\LA1DOCS1\204283\5