**Mark A. Presser - HGL**

| | |
|---|---|
| From: | "Mark A. Presser - HGL" <mark@hgna.com> |
| To: | "David Krieff" <DESTINY142@aol.com> |
| Cc: | "Harry Zimmerman" <harry@hgna.com>; "David Harilela" <david@dharilela.com>; "Mark Presser" <mark@hgna.com> |
| Sent: | Monday, December 06, 2004 6:07 PM |
| Subject: | Malibu Method and Chair Design |

Dear David,

As we discussed on the phone we have some concept drawings for us to look at tomorrow. We are excited about the possibilities. At the same time, we need to be realistic in that we do not have any formal agreement between our two groups, which is something we are not used to at this stage.

Hopefully, you will agree that at the very least we need to put down in writing our agreement that you bring to the table and own the Malibu Method, while we are bringing the design of the chair. In addition, there are at least three concepts that we designed that we believe are patentable (one is new, which we will show you tomorrow). As I'm sure you know, patent law is quite tricky and it is critical that there be a full recognition that the design as it relates to changing the center of gravity by moving weight, the spring position moving without having to manually change the spring and the angle movement trainer (we'll explain tomorrow) are the designs of our group. Also, this is important for establishing that we have not yet put this in the public domain (as there is a time clock that starts once we put this out for the public to see) and that we acknowledge that our discussions (regarding the three patentable issues) are private and have not yet decided to put this out for sale.

Let's get something signed, you can write it up any way you feel comfortable or we can both simply sign this e-mail so that we can all be comfortable in our discussions.

Thanks and best regards,

Mark and Harry

Mark A. Presser
Harry Zimmerman

*[Handwritten note:]* We are Agreed to basic concept of this letter. The design concepts of the chair listed above are property of Mark Presser, Harry Zimmerman, David Harilela. The concept of Malibu method is wholly owned by David Krieff and Carroll Krieft. We will in good faith attempt to move forward with an agreed deal memo.

X _[signed]_ David Krieff   12/07/04

X _[signed]_ Harry Zimmerman   12/07/04

12/7/2004