**DOLL AMIR & ELEY LLP**
Michael M. Amir (SBN 204491)
MAmir@dollamir.com
Connie Y. Tcheng (SBN 228171)
CTcheng@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile:  (310) 557-9101

Attorneys for Defendant
David Krieff, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual; and ROBSON SPLANE, an individual,<br><br>Defendants. | CASE NO. 10-CV-6401 JHN (PJWx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT DAVID KRIEFF TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  September 22, 2010<br>Current response date:  October 13, 2010<br>New response date:  October 27, 2010 |

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
(310) 557-9100

Defendant David Krieff ("Krieff") and Plaintiff Pilates Technologies, LLC ("Plaintiff") hereby submit this Stipulation as follows:

**WHEREAS:**

1.  Krieff was served with the Complaint on September 22, 2010;

2.  Krieff's current responsive pleading deadline is October 13, 2010;

3.  Krieff intends to bring a motion to dismiss on the same grounds as those raised in the currently pending Motion to Dismiss of Defendants Guthy-Renker and Robson Splane ("Motion")

4.  In the interest of judicial economy and to reduce the burden on the Court and the parties, the parties intend to submit a joint stipulation for Krieff to join in the Motion;

5.  The parties intend for Krieff's joining the Motion to satisfy his responsive pleading obligations under the Federal Rules of Civil Procedure; and

6.  The parties seek to allow time for the Court to enter the stipulation regarding the Motion in advance of Krieff's responsive pleading deadline.

//
//

DOLL, AMIR & ELEY LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
(310) 557-9100

-1-

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

1.    Krieff's time to respond to the Complaint shall be extended by two weeks, from October 13, 2010 to October 27, 2010.

Dated:  October 12, 2010                    **DOLL AMIR & ELEY LLP**


By: /s/ Connie Y. Tcheng
　　　　Michael M. Amir
　　　　Connie Y. Tcheng
Attorneys for Defendant
DAVID KRIEFF, an individual

Dated:  October 12, 2010                    **KNOBBE, MARTENS, OLSON**
                                            **& BEAR, LLP**


By: /s/ Benjamin A. Katzenellenbogen
　　　　Joseph R. Re
　　　　Benjamin A. Katzenellenbogen
　　　　Colin B. Heideman
　　　　Dennis M. Cahillane
Attorneys for Plaintiff PILATES
TECHNOLOGIES, LLC,

STIPULATION TO EXTEND TIME FOR KRIEFF TO RESPOND          CASE NO. 10-CV-6401 JHN (PJWx)
TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Ste. 1106, Los Angeles, CA 90067.

On October 12, 2010, I served the foregoing document described as **STIPULATION TO EXTEND TIME FOR DEFENDANT DAVID KRIEFF TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the parties in this action by serving:

SEE ATTACHED SERVICE LIST

**( X ) By Envelope:** by placing () the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**( X ) By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(X) By Electronic Filing:** I hereby certify that on October 12, 2010, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

**( ) By Personal Service:** I caused such envelope to be delivered by hand to the counsel indicated below.

**( ) By Electronic Mail:** I scanned and submitted a .pdf version of the document via electronic mail to the office of the addressee(s).

Executed on September 22, 2010, at Los Angeles, California.

**(X) FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Felicia Dorng*
_____
Felicia Dorng

## SERVICE LIST

Joseph R. Re, Esq.
Benjamin A. Katzenellenbogen, Esq.
Dennis M. Cahillane, Esq.
**KNOBBE, MARTENS, OLSON &**
**BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
T:  (949) 760-0404
F:  (949) 760-9502
E:  joseph.re@kmob.com
     bkatzenellenbogen@kmob.com
     dennis.cahillane@kmob.com

*Attorneys for Plaintiff Pilates*
*Technologies, LLC*