**DOLL AMIR & ELEY LLP**
Michael M. Amir (SBN 204491)
MAmir@dollamir.com
Connie Y. Tcheng (SBN 228171)
CTcheng@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile:   (310) 557-9101

Attorneys for Defendant
DAVID KRIEFF, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual; and ROBSON SPLANE, an individual,<br><br>　　　　Defendants. | CASE NO. 10-CV-6401 JHN (PJWx)<br><br>The Hon. Jacqueline H. Nguyen<br><br>**DEFENDANT DAVID KRIEFF'S CERTIFICATION AS TO INTERESTED PARTIES** |

**TO THE COURT AND PLAINTIFF PILATES TECHNOLOGIES, LLC:**

In accordance with Local Rule 7.1-1, the undersigned, counsel of record for Defendant David Krieff, certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Pilates Technologies, LLC
2. Guthy-Renker Corporation
3. David Krieff
4. Robson Splane

Dated: October 18, 2010              **DOLL AMIR & ELEY LLP**

By: */s/ Connie Y. Tcheng*
   Michael M. Amir
   Connie Y. Tcheng
Attorneys for Defendant
DAVID KRIEFF, an individual

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Ste. 1106, Los Angeles, CA 90067.

On October 18, 2010, I served the foregoing document described as **DEFENDANT DAVID KRIEFF'S CERTIFICATION AS TO INTERESTED PARTIES** on the parties in this action by serving:

SEE ATTACHED SERVICE LIST

**( X ) By Envelope:** by placing () the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

**( X ) By Mail:** As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(X) By Electronic Filing:** I hereby certify that on October 18, 2010, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

**( ) By Personal Service:** I caused such envelope to be delivered by hand to the counsel indicated below.

**( ) By Electronic Mail:** I scanned and submitted a .pdf version of the document via electronic mail to the office of the addressee(s).

Executed on October 18, 2010, at Los Angeles, California.

**(X) FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Felicia Dorng*
———————————————
Felicia Dorng

1

## **SERVICE LIST**

2

| Joseph R. Re, Esq.<br>Benjamin A. Katzenellenbogen, Esq.<br>Dennis M. Cahillane, Esq.<br>**KNOBBE, MARTENS, OLSON &**<br>**BEAR, LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>T: (949) 760-0404<br>F: (949) 760-9502<br>E: joseph.re@kmob.com<br>   bkatzenellenbogen@kmob.com<br>   dennis.cahillane@kmob.com<br><br>*Attorneys for Plaintiff Pilates Technologies, LLC* | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28