**DOLL AMIR & ELEY LLP**
Michael Amir (SBN 204491)
MAmir@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
CTcheng@dollamir.com
1888 Century Park East
Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Facsimile:  (310) 557-9101

Attorneys for Defendant
David Krieff, an individual.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual; and ROBSON SPLANE, an individual,<br><br>Defendants. | CASE NO. 10-CV-6401 JHN (PJWx)<br><br>**JOINT STIPULATION THAT DEFENDANT DAVID KRIEFF JOIN DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PILATES TECHNOLOGIES, LLC'S COMPLAINT**<br><br>Date:    November 1, 2010<br>Time:    2:00 p.m.<br>Judge:  The Hon. Jacqueline H. Nguyen<br>            Courtroom 790, Roybal Building<br>            Los Angeles, CA 90012 |

*DOLL AMIR & ELEY LLP*
*1888 Century Park East, Suite 1106*
*Los Angeles, CA 90067*
*(310) 557-9100*

Defendants Guthy-Renker (who asserts it was incorrectly named as GUTHY-RENKER CORPORATION), Robson Splane ("Splane") David Krieff ("Krieff"); and Plaintiff Pilates Technologies, LLC ("Plaintiff") (collectively, "the parties") hereby submit this Joint Stipulation and [Proposed] Order as follows:

**WHEREAS:**

1.     On October 4, 2010, Defendants Guthy-Renker and Splane filed a Motion to Dismiss Plaintiff Pilates Technologies, LLC's Complaint, based on Federal Rule of Civil Procedure 12(b)(6) ( the "Motion");

2.     The Motion is scheduled for hearing on November 1, 2010, at 2:00 p.m.;

3.     Without agreeing as to the merits of the Motion, the parties agree that the Motion is brought on grounds that would be as applicable to Krieff as to Guthy-Renker and Splane; and

4.     The parties agree that it would serve the interest of judicial economy for Krieff to join in the pending Motion, rather than to file his own motion raising the same substantive arguments.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

1.     Krieff shall join in Guthy-Renker and Splane's Motion, such that the Motion is deemed made by all three defendants in this matter;

2.     Krieff's joinder in the Motion shall satisfy his responsive pleading obligation under the Federal Rules of Civil Procedure;

3.     Any opposition Plaintiff has filed as of submission and entry of this Stipulation shall constitute an opposition to the Motion as to all three defendants;

4.     Krieff reserves his right to submit a timely reply separate from any reply submitted by Guthy-Renker and Splane, provided that the total number of pages submitted by all defendants does not exceed the page limit for a single Reply brief under the Local Rules; and

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
(310) 557-9100

-1-

1        5.      The Motion will be heard, as noticed, on November 1, 2010.

2

3    Dated:  October 18, 2010                    **DOLL AMIR & ELEY LLP**

4

5                                                By:   _/s/ Michael M. Amir_____
                                                         Michael M. Amir
6                                                        Connie Y. Tcheng
                                                 Attorneys for Defendant
7                                                DAVID KRIEFF, an individual

8

9    Dated:  October 18, 2010                    **LATHAM & WATKINS LLP**

10

11                                               By:   _/s/ Mark A. Flagel_____
                                                         Mark A. Flagel
12                                                       Charles Courtenay
                                                         Jessica Kronstadt
13                                               Attorneys for Defendants GUTHY-
                                                 RENKER (incorrectly named as GUTHY-
14                                               RENKER CORPORATION) and
15                                               ROBSON SPLANE

16

17   Dated:  October 18, 2010                    **KNOBBE, MARTENS, OLSON
                                                 & BEAR, LLP**

18

19                                               By:   _/s/ Benjamin A. Katzenellenbogen_
                                                         Joseph R. Re
20                                                       Benjamin A. Katzenellenbogen
                                                         Colin B. Heideman
21                                                       Dennis M. Cahillane
                                                 Attorneys for Plaintiff PILATES
22                                               TECHNOLOGIES, LLC

23

24

25

26

27

28

-2-

JOINT STIPULATION THAT KRIEFF JOIN GUTHY-RENKER                CASE NO. 10-CV-6401 JHN (PJWx)
AND SPLANE'S MOTION TO DISMISS

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1106
Los Angeles, CA 90067
(310) 557-9100

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Ste. 1106, Los Angeles, CA 90067.

On October 18, 2010, I served the foregoing document described as **JOINT STIPULATION THAT DEFENDANT DAVID KRIEFF JOIN DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PILATES TECHNOLOGIES, LLC'S COMPLAINT** on the parties in this action by serving:

SEE ATTACHED SERVICE LIST

( X )  **By Envelope:**  by placing () the original ( X ) a true copy thereof enclosed in sealed envelopes addressed as above and delivering such envelopes:

( X )  **By Mail:**  As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(X)**     **By Electronic Filing:**  I hereby certify that on October 18, 2010, I electronically transmitted the above-named document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

( )     **By Personal Service:**  I caused such envelope to be delivered by hand to the counsel indicated below.

( )     **By Electronic Mail:**  I scanned and submitted a .pdf version of the document via electronic mail to the office of the addressee(s).

Executed on October 18, 2010, at Los Angeles, California.

**(X) <u>FEDERAL:</u>**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Felicia Dorng*
_____
Felicia Dorng

1

## SERVICE LIST

| | |
|---|---|
| Joseph R. Re, Esq.<br>Benjamin A. Katzenellenbogen, Esq.<br>Dennis M. Cahillane, Esq.<br>**KNOBBE, MARTENS, OLSON &**<br>**BEAR, LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>T:  (949) 760-0404<br>F:  (949) 760-9502<br>E:  joseph.re@kmob.com<br>     bkatzenellenbogen@kmob.com<br>     dennis.cahillane@kmob.com<br><br>*Attorneys for Plaintiff Pilates*<br>*Technologies, LLC* | |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE