1  LATHAM & WATKINS LLP
   Mark A. Flagel (SBN 110635)
2  mark.flagel@lw.com
   Charles Courtenay (SBN 232139)
3  charles.courtenay@lw.com
   Jessica Kronstadt (SBN 267959)
4  jessica.kronstadt@lw.com
5  355 South Grand Avenue
   Los Angeles, California 90071-1560
6  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763

7  Attorneys for Moving Defendants GUTHY-
   RENKER LLC (incorrectly named as
8  GUTHY-RENKER CORPORATION) and
   ROBSON SPLANE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PILATES TECHNOLOGIES, LLC, a Delaware Corporation, | CASE NO. 10-CV-6401 JHN (PJWx) |
|---|---|
| Plaintiff, | **DECLARATION OF CHARLES COURTENAY IN SUPPORT OF DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF PILATES TECHNOLOGIES LLC's COMPLAINT** |
| vs. | |
| GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual, and ROBSON SPLANE, an individual, | |
| Defendants. | |
| | *REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FILED CONCURRENTLY HEREWITH* |
| | Date: November 1, 2010<br>Time: 2:00 p.m.<br>Judge: The Hon. Jacqueline H. Nguyen<br>Courtroom 790, Roybal Building Los Angeles, CA 90012 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF CHARLES COURTENAY IN SUPPORT OF
DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S
REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO
DISMISS

## DECLARATION OF CHARLES COURTENAY

I, Charles Courtenay, declare as follows:

1. I am an associate at Latham & Watkins, LLP, counsel of record for Defendants Guthy-Renker LLC (erroneously named as "Guthy-Renker Corporation"), and Robson Splane. I am admitted to practice law in California and am presently a member in good standing of the State Bar of California. Except where indicated, I have personal knowledge of the matters set forth herein, and would competently testify thereto under oath if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of a draft complaint that, on its face, appears to have been prepared by Plaintiff's counsel, and that I believe to have been provided by Plaintiff's counsel to David Krieff in or about July 2010.

Executed at Los Angeles, California on this 19th day of October, 2010

_____
Charles Courtenay

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

DECLARATION OF CHARLES COURTENAY IN SUPPORT OF DEFENDANTS GUTHY-RENKER AND ROBSON SPLANE'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS