UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:10-cv-06401-JHN -PJWx | Date | October 21, 2010 |
|---|---|---|---|
| Title | Pilates Technologies, LLC v. Guthy-Renker Corporation et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**   ORDER TAKING MOTION(S) OFF-CALENDAR AND UNDER SUBMISSION (In Chambers)

The following motion(s) was/were set for hearing on the Court's November 1, 2010 calendar:

   MOTION to Dismiss Case filed by Defendants [7].

The Court finds the matter(s) appropriate for submission on the papers without oral argument. See Fed. R. Civ. P. 78(b) and Local Rule 7-15 (the Court may dispense with oral argument on any matter unless otherwise required). The matter(s) is/are, therefore, removed from the Court's calendar subject to resetting should the Court deem oral argument is needed.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |