1  Joseph R. Re (SBN 134,479)
   joseph.re@kmob.com
2  Benjamin A. Katzenellenbogen (SBN 208,527)
   bkatzenellenbogen@kmob.com
3  Dennis M. Cahillane (SBN 270,092)
   dennis.cahillane@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, 14th Floor
5  Irvine, CA 92614
   Telephone: 949-760-0404
6  Facsimile: 949-760-9502

7  Colin B. Heideman (SBN 238,674)
   colin.heideman@kmob.com
8  KNOBBE, MARTENS, OLSON & BEAR, LLP
   1420 Fifth Avenue
9  Seattle, WA 98101
   Telephone: 206-405-2000
10 Facsimile: 206-405-2001

11 Attorneys for Plaintiff,
   PILATES TECHNOLOGIES, LLC,

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PILATES TECHNOLOGIES, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; DAVID KRIEFF, an individual; and, ROBSON SPLANE, an individual,<br><br>Defendants. | Civil Action No.<br>10cv6401 JHN (PJWx)<br><br>**PLAINTIFF PILATES TECHNOLOGIES, LLC'S NOTICE OF INTENT TO RELY ON ADDITIONAL AUTHORITY SHOULD ORAL ARGUMENT BE SCHEDULED RE DEFENDANTS' MOTION TO DISMISS**<br><br>**OFF CALENDAR**<br>Date: November 1, 2010<br>Time: 2:00 p.m.<br>Ctrm: 790 Roybal Federal Bldg.<br><br>Honorable Jacqueline H. Nguyen |

| | |
|---|---|
| 1 | PLEASE TAKE NOTE THAT, should the Court schedule a hearing on Defendants' Motion to Dismiss, Plaintiff Pilates Technologies, LLC, may rely on one or more of the following additional authorities at oral argument in response to arguments raised for the first time in Defendants' Reply Brief: |

1.   Fed. R. Civ. P. 17(b) ("Capacity to sue or be sued is determined . . . for a corporation, by the law under which it was organized").

2.   *Perry v. Robertson*, 201 Cal. App. 3d 333, 340 at n.4, 247 Cal. Rptr. 74 (Cal. App. 3d Dist. 1988) ("It has been well established in this state that if the cause of action arises from a breach of a promise set forth in the contract, the action is ex contractu but if it arises *from a breach of duty growing out of the contract* it is ex delicto"); *id.* at 340 ("Of significance here, '[t]he same act may be both a breach of contract and a tort. . . . When such a hybrid cause of action arises, the plaintiff may pursue both legal theories of recovery until an occasion for an election of remedies arises." (*quoting* 4 Witkin, Summary of Cal. Law (8th ed. 1974) Torts, § 3)); *see also id.* at 335 ("In this context, whether the tort-contract action is the one or the other is purely one of legal perspective. This is analogous to the example of the line drawing which could be seen either as a duck or as a rabbit, a duck-rabbit, at the will of the viewer.");

3.   4 Witkin, Cal. Procedure, Pleading, § 32, p. 96-97 (5th ed. 2008) ("[Cal. Code Civ. P. § 307] makes no distinction in matters of form between actions of contract and those of tort, and relief is administered without reference

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

1  to the technical and artificial rules of the common law upon this subject."
2  (quoting *Jones v. S.S. Cortes*, 17 Cal. 487, 497 (1861)); *see also id.* at § 413,
3  pp. 551-52. (A courtesy copy is provided as Attachment 1).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 10/27/2010         By: */S/ - Benjamin A. Katzenellenbogen*
                              Joseph R. Re
                              Benjamin A. Katzenellenbogen
                              Colin B. Heideman
                              Dennis M. Cahillane
                          Attorneys for Plaintiff,
                          PILATES TECHNOLOGIES, LLC,

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On October 27, 2010, I served the within **PLAINTIFF PILATES TECHNOLOGIES, LLC'S NOTICE OF INTENT TO RELY ON ADDITIONAL AUTHORITY SHOULD ORAL ARGUMENT BE SCHEDULED RE DEFENDANTS' MOTION TO DISMISS** electronically filed with the Court which provides electronic notifications to the parties or their counsel shown below registered to receive electronic notifications:

> Mark A. Flagel; mark.flagel@lw.com
> Charles Courtenay; charles.courtenay@lw.com
> Jessica Kronstadt; jessica.kronstadt@lw.com
> LATHAM & WATKINS LLP
> 355 South Grand Avenue
> Los Angeles, CA 90071-1560
> Telephone: 213-485-1234
> Facsimile: 213-891-8763

In addition, I served the same on the parties or their counsel who have not yet made an appearance or not registered to receive electronic notifications, by placing the above-referenced document in a sealed envelope and addressed as follows:

VIA FIRST CLASS MAIL:   Michael M. Amir; mamir@dollamir.com
DOLL, AMIR & ELEY
1888 Century Park E., Suite 1106
Los Angeles, CA 90067
Telephone: 310-557-9121
Facsimile: 310-557-9101

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2010 at Irvine, California.

*/s/ Lisa Hyska*
Lisa Hyska

9902620_3
102710